UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   09-15347-BKC-AJC
WENDY MARIE PALMER

APR 16 2010

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $   904.85  remaining in her bank
     account which represents unpresented checks drawn and mailed to
     debtor(s)/ creditor(s) in the above named case.  Your  trustee
     has  made  a  good  faith effort to verify the correct  mailing
     address  for said debtor(s)/Creditor(s) and deliver  the  funds
     before  presenting this notice.  More than sufficient time  has
     passed for these checks to be presented for  payment,  or   the
     creditor  has returned funds  indicating they refuse the funds.

(  ) The trustee has a balance of $     .00    remaining in her bank
     account  which  represents small dividends as defined  by  FRBP
     3010.

        Attached and made a part of this notice is a list,  pursuant
to FRBP 3011,  of   the   names,   Claim   numbers   and   addresses
of the debtor(s)/creditor(s) and the amounts   to   which   they  are
entitled.

        WHEREFORE,   your trustee hereby gives notice that  the above
stated   sum   has   been  deposited  with  the  Clerk  of the U. S.
Bankruptcy Court, Southern  District  of Florida, to effect closing
of this estate.

Date:        4/15/10

_____
NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

WENDY MARIE PALMER

1301 NW 170 TERR
MIAMI, FL 33169

GONZALO PEREZ, JR., ESQUIRE
7915 CORAL WAY
MIAMI, FL 33155

AHMSI
4875 BELFORT ROAD, SUITE 130
JACKSONVILLE, FL 32256

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                      CASE NO.   09-15347-BKC-AJC
WENDY MARIE PALMER


                                            CHAPTER 13


WENDY MARIE PALMER

1301 NW 170 TERR
MIAMI, FL 33169


GONZALO PEREZ, JR., ESQUIRE
7915 CORAL WAY
MIAMI, FL 33155


AHMSI                             ---------$           904.85
4875 BELFORT ROAD, SUITE 130
JACKSONVILLE, FL 32256

                                    RETURNED FROM CREDITOR
                                    BECAUSE CASE DISMISSED
U.S. Trustee                        CLAIM REGISTER #____/2____
51 S.W. 1st Avenue
Miami, Florida 33130